RECEIVED
SEP 14 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KENNETH MARTIN | CIVIL DOCKET NO. 6:15-2446 |
| -vs- | JUDGE DRELL |
| WOOD GROUP PSN, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter having come on for trial on September 6, 7 and 8, 2017, present being Mark L. Riley, counsel for Kenneth Martin, Dan Panagiotis, counsel for Wood Group, Mike Lemoine, counsel for Fieldwood, and David Johnson for intervenor, LWCC, and pursuant to jury verdict rendered on September 8, 2017,

IT IS ORDERED, ADJUDGED AND DECREED, that the claims against Fieldwood Energy Offshore, LLC are dismissed; that there be judgment in favor of plaintiff, Kenneth Martin, and against defendant Wood Group PSN, Inc. in the amount of $238,900.24 together with interest from date of judgment until paid pursuant to 28 U.S.C. Section 1961;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment is granted in favor of the intervenor Louisiana Workers' Compensation Corp. in the amount of $53,277.68. Louisiana Workers' Compensation Corporation shall be paid such amount out of plaintiff's judgment in preference and priority, and with interest from the date of judicial demand including any amounts paid from August 31, 2017 through the date of judgment. Additionally, Louisiana

Workers' Compensation Corporation shall receive the statutory dollar for dollar credit on its future expenses.

SIGNED on this 14th day of September, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT